[No. 11908–1–II.  Division Two.  March 28, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
ELOY JOHN BARROS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–1–00278–1, Richard A. Strophy, J., entered March 30, 1988. *Affirmed* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Petrich, A.C.J., and Nordquist, J. Pro Tem.

[No. 9074–4–III.  Division Three.  March 29, 1990.]

EDDIE E. SMITH, SR., ET AL, *Appellants,* v. ROBERT F.
KENNEDY, ET AL, *Defendants,* JOHN C.
LAWRENCE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Douglas County, No. 86–2–00224–1, W.R. Cole, J. Pro Tem., entered December 21, 1987. *Affirmed* by unpublished opinion, as amended by order of the Court of Appeals May 22, 1990, per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 9929–6–III.  Division Three.  March 29, 1990.]

JOSE G. SAENZ, SR., *Appellant,* v. THE CITY
OF MABTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–2–00767–4, Heather Van Nuys, J., entered March 31, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.